**No. 11-5504. Rizwan Saeed, Petitioner v. United States.**

565 U.S. 911, 132 S. Ct. 321, 181 L. Ed. 2d 199, 2011 U.S. LEXIS 5921.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 415 Fed. Appx. 598.

**No. 11-5505. Joseph Smith, Petitioner v. Leonta Jackson, et al.**

565 U.S. 911, 132 S. Ct. 321, 181 L. Ed. 2d 199, 2011 U.S. LEXIS 5788.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

**No. 11-5507. Robert Singleton, Petitioner v. Six Flags Over Georgia, et al.**

565 U.S. 911, 132 S. Ct. 321, 181 L. Ed. 2d 199, 2011 U.S. LEXIS 6217,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5509. Arthur R. Perez, Petitioner v. John Salazar, Warden.**

565 U.S. 911, 132 S. Ct. 321, 181 L. Ed. 2d 199, 2011 U.S. LEXIS 6204.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5510. Miriam Castillo-Corpus, Petitioner v. United States.**

565 U.S. 911, 132 S. Ct. 322, 181 L. Ed. 2d 199, 2011 U.S. LEXIS 5868.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 361.

**No. 11-5511. Jesus Ornelas Diaz, Petitioner v. Rosanne Campbell, Warden.**

565 U.S. 911, 132 S. Ct. 322, 181 L. Ed. 2d 199, 2011 U.S. LEXIS 5975.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 411 Fed. Appx. 975.

**No. 11-5512. Wilda Eugene Roberts, Jr., Petitioner v. United States.**

565 U.S. 911, 132 S. Ct. 322, 181 L. Ed. 2d 199, 2011 U.S. LEXIS 6455.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 424 Fed. Appx. 893.

**No. 11-5513. Robert Rameses, Petitioner v. Scott Kernan, Warden, et al.**

565 U.S. 911, 132 S. Ct. 322, 181 L. Ed. 2d 199, 2011 U.S. LEXIS 5817.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.